UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COURTNEY WINGATE,
    Plaintiff,

v.

CONTINUUM GLOBAL SOLUTIONS, LLC,
    Defendant.

## **DEFENDANT'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, Continuum Global Solutions, LLC, ("Defendant"), in the above-captioned state court suit filed by Plaintiff, Courtney Wingate ("Plaintiff") and now pending in the Second Judicial Circuit Court in and for Leon County, Florida, Case No. 2021-CA-000945, files this Notice of Removal from the state court to the United States District Court for the Northern District of Florida, Tallahassee Division. Defendant does so without waiving but reserving all procedural and substantive rights and defenses. Defendant avers to this Court as follows:

1

## INTRODUCTION

1. Plaintiff originally filed this action in the Second Judicial Circuit Court in and for Leon County, Florida on May 24, 2021.[1]

2. On or around July 23, 2021, Plaintiff served the Summons and Complaint on Defendant.[2]

3. In her Complaint, Plaintiff alleges violation of the Fair Labor Standards Act, as amended ("FLSA"), 29 U.S.C. §216(b), *et seq.* and the Florida Whistleblower Act, Fla. Stat. Ann. § 448.101 *et seq.*[3]

4. Defendant submits this matter is removable pursuant to the Court's federal question jurisdiction.

## BASIS FOR REMOVAL - FEDERAL QUESTION

5. Federal jurisdiction is appropriate, and this action is removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 because in Plaintiff's Complaint she asserts a claim under a federal statute, the FLSA, 29 U.S.C. §216(b), *et seq.* Therefore, the requisite federal question for original jurisdiction as required by 28 U.S.C. § 1441(a) is satisfied.

---

[1] A complete copy of the record in the Leon County proceeding is attached hereto as Exhibit 1.
[2] *See* Executed Return of Service, attached as part of Exhibit 1.
[3] *See* Complaint, attached as part of Exhibit 1, at ¶¶ 1, 22-28.

6. This action is therefore a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action arising under the laws of the United States.

7. Plaintiff also asserts a cause of action under state law. Because this Court has original jurisdiction over Plaintiff's FLSA claim pursuant to 28 U.S.C. § 1331, it also has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over Plaintiff' s claim arising under state law because such claims are part of the same case or controversy under Article III. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343 (1988); *United Mine Workers v. Gibbs*, 383 U.S. 715, 725-27 (1966).

## REMOVAL IS TIMELY

8. Pursuant to 28 U.S.C. § 1446(b)(2)(B), this Notice of Removal is timely because it is filed within 30 days after receipt by Defendant of the papers that provide the basis for removal of this action.[4]

## REMOVAL IS PROPERLY FILED

9. Removal to the United States District Court for the Northern District of Florida is an appropriate venue for removal pursuant to 28 U.S.C. §§ 1391, 1441(a), and 1446(a).

---

[4] *See* Executed Return of Service, attached as part of Exhibit 1.

10. Pursuant to 28 U.S.C. § 1441(a), Plaintiff's Complaint may be removed to this Court because the United States District Court for the Northern District of Florida, Tallahassee Division is the district embracing the place where the Complaint is currently pending.

11. Pursuant to 28 U.S.C. § 1446(a) and (d), this Notice of Removal complies with the requirements concerning a short and plain statement for the grounds of removal and the filing of all process, pleadings, and orders served upon Defendant from the state court action.[5]

12. In accordance with 28 U.S.C. § 1446(d), Defendant will, promptly after filing this Notice of Removal, give written notice of the removal to the adverse party and will file a copy of this Notice of Removal with the Second Judicial Circuit Court in and for Leon County, Florida.[6]

WHEREFORE, Defendant gives notice that the action filed in the Second Judicial Circuit Court in and for Leon County, Florida on May 24, 2021, has been removed to the United States District Court for the Northern District of Florida, Tallahassee Division.

Respectfully submitted on this 12th day of August 2021.

/s/ *Heather F. Crow*

---

[5] *See* Exhibit 1.
[6] A copy of the Notice to State Court of Removal of Civil Action is attached hereto as Exhibit 2.

Heather F. Crow (Fla Bar. No. 115437)
THE KULLMAN FIRM
2915 Kerry Forest Parkway, Suite 101
Tallahassee, FL 32309
T: (850) 296-1953
hfc@kullmanlaw.com

**COUNSEL FOR DEFENDANT
CONTINUUM GLOBAL SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August 2021, I e-mailed and mailed a copy of the foregoing Notice of Removal via U.S. Mail, postage prepaid, to:

Marie A. Mattox
MARIE A. MATTOX, P.A.
Whittel & Melton, LLC
203 North Gadsden Street
Tallahassee, FL 32301
marie@mattoxlaw.com
marlene@mattoxlaw.com

/s/ *Heather F. Crow*